IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD E. MANN, | |
| Plaintiff, | 4:18-CV-3022 |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | JUDGMENT NUNC PRO TUNC |
| Defendant. | |

Pursuant to the memorandum and order entered this date, judgment is entered for the plaintiff and against the defendant providing that the plaintiff is awarded attorney fees in the amount of $4,153.07, payable to the plaintiff's attorney Thomas A. Krause by the Social Security Administration, and costs in the amount of $400.00, payable to the plaintiff's attorney Thomas A. Krause from the Judgment Fund of the United States Treasury.

Dated this 9th day of April, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge