## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

RONALD MANN,

          Plaintiff,

vs.

ANDREW M. SAUL, Commissioner of
the Social Security Administration,

          Defendant.

4:18-CV-3022

JUDGMENT

Pursuant to the memorandum and order entered this date, judgment is entered for the plaintiff and against the defendant, awarding the plaintiff attorney fees and expenses in the amount of $13,808.75.

Dated this 20th day of August, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge